AMENDED

**Fill in this information to identify your case:**

Debtor 1: Saboor Ahmad Khaliq
(First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): _____
(First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 24-18837

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own (Copy the value from *Schedule A/B*) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2014 Honda Accord<br>Line from *Schedule A/B*: 3.1 | $1,550.00 | ☑ $1,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: 2015 Chevrolet Equinox<br>Line from *Schedule A/B*: 3.3 | $1,497.00 | ☑ $1,497.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522 (d)(5) |
| Brief description:<br>Line from *Schedule A/B*: | $_____ | ☐ $_____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: Saboor Ahmad Khaliq

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of New Jersey

Case number (If known): 24-18837

Check if this is:
- ☑ An amended filing  **AMENDED**
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date: _____ MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**
- ☑ No. Go to line 2.
- ☐ Yes. Does Debtor 2 live in a separate household?
  - ☐ No
  - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

**2. Do you have dependents?**
Do not list Debtor 1 and Debtor 2.
Do not state the dependents' names.
- ☐ No
- ☑ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 21 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
- ☑ No
- ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I).

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 2,219.40

    If not included in line 4:
    4a. Real estate taxes    4a. $ 0.00
    4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
    4c. Home maintenance, repair, and upkeep expenses    4c. $ 225.00
    4d. Homeowner's association or condominium dues    4d. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

AMENDED

| Debtor 1 | Saboor Ahmad Khaliq | Case number (*if known*) 24-18837 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans      5.   $ 0.00

6. **Utilities:**
   - 6a. Electricity, heat, natural gas      6a.   $ 210.00
   - 6b. Water, sewer, garbage collection      6b.   $ 125.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services      6c.   $ 25.00
   - 6d. Other. Specify: _____      6d.   $ 0.00

7. **Food and housekeeping supplies**      7.   $ 425.00

8. **Childcare and children's education costs**      8.   $ 0.00

9. **Clothing, laundry, and dry cleaning**      9.   $ 80.00

10. **Personal care products and services**      10.   $ 25.00

11. **Medical and dental expenses**      11.   $ 0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.      12.   $ 350.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**      13.   $ 0.00

14. **Charitable contributions and religious donations**      14.   $ 50.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance      15a.   $ 0.00
    - 15b. Health insurance      15b.   $ 0.00
    - 15c. Vehicle insurance      15c.   $ 295.00
    - 15d. Other insurance. Specify:_____      15d.   $ 0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____      16.   $ 0.00

17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1      17a.   $ 820.00
    - 17b. Car payments for Vehicle 2      17b.   $ 0.00
    - 17c. Other. Specify:_____      17c.   $ 0.00
    - 17d. Other. Specify:_____      17d.   $ 0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**      18.   $ 0.00

19. **Other payments you make to support others who do not live with you.**
    Specify:_____      19.   $ 0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property      20a.   $ 0.00
    - 20b. Real estate taxes      20b.   $ 0.00
    - 20c. Property, homeowner's, or renter's insurance      20c.   $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses      20d.   $ 0.00
    - 20e. Homeowner's association or condominium dues      20e.   $ 0.00

AMENDED

Debtor 1  Saboor Ahmad Khaliq  
First Name   Middle Name   Last Name

Case number *(if known)* 24-18837

21. **Other**. Specify:_____    21.  +$ _____ 0.00
    _____          +$ _____
    _____          +$ _____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.    22a.  $ _____ 4,849.40

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $ _____
    and 22b. The result is your monthly expenses.    22c.  $ _____ 4,849.40

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.  $ _____ 3,700.00

    23b. Copy your monthly expenses from line 22c above.    23b.  − $ _____ 4,849.40

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.    23c.  $ _____ -1,149.40

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here: