Order Filed on November 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J LBR 9004-1(b)

Andrea Dobin, Chapter 7 Trustee
427 Riverview Plaza
Trenton, New Jersey 08607
(609) 695-6070

In Re:

SABOOR AHMAD KHALIQ,

                Debtor(s).

Case No. 24-18837

Honorable Michael B. Kaplan

# CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND SCHEDULING FIRST MEETING OF CREDITORS

**DATED: November 27, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: SABOOR AHMAD KHALIQ
Case No.: 24-18837
Caption of Order: Consent Order Extending Time to Object to Discharge and Scheduling First Meeting of Creditors

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and Scheduling First Meeting of Creditors and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee, Office of the United States Trustee or any other party in interest to object to the Debtor's discharge pursuant to Fed.R.Bank.P. 4004(a) shall be extended to February 15, 2025. The undersigned consent to the form, substance and entry of this Consent Order.

**IT IS FURTHER ORDERED** that the Debtor shall appear at the First Meeting of Creditors on December 16, 2024 at 10:00 AM. The meeting will be held via Zoom.

*The undersigned hereby consent to the form and entry of the within Order.*

**ANDREA DOBIN, CHAPTER 7 TRUSTEE**

By:/s/Andrea Dobin
   ANDREA DOBIN, Ch 7 Trustee

Dated: November 15, 2024

**KARINA PIA LUCID, ESQUIRE**
*Attorney for* SABOOR AHMAD KHALIQ

By:
   KARINA PIA LUCID

Dated: 11/18/2024