UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J LBR 9004-1(b)

Andrea Dobin, Chapter 7 Trustee
427 Riverview Plaza
Trenton, New Jersey 08607
(609) 695-6070

Order Filed on November 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SABOOR AHMAD KHALIQ,

Debtor(s).

Case No. 24-18837

Honorable Michael B. Kaplan

# CONSENT ORDER EXTENDING TIME TO OBJECT TO DISCHARGE AND SCHEDULING FIRST MEETING OF CREDITORS

DATED: November 27, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:   SABOOR AHMAD KHALIQ
Case No.: 24-18837
Caption of Order:  Consent Order Extending Time to Object to Discharge and Scheduling First Meeting of Creditors

**THIS MATTER** having been opened to the Court upon the Application of Andrea Dobin (the "Trustee"), in the above-captioned proceeding, for the entry of a Consent Order Extending Time to Object to Discharge and Scheduling First Meeting of Creditors and the Court having read and considered the Consent Order and for other and good cause shown:

**IT IS ORDERED** that the time period for the Trustee, Office of the United States Trustee or any other party in interest to object to the Debtor's discharge pursuant to Fed.R.Bank.P. 4004(a) shall be extended to February 15, 2025.  The undersigned consent to the form, substance and entry of this Consent Order.

**IT IS FURTHER ORDERED** that the Debtor shall appear at the First Meeting of Creditors on December 16, 2024 at 10:00 AM.  The meeting will be held via Zoom.

*The undersigned hereby consent to*
*the form and entry of the within Order.*

**ANDREA DOBIN, CHAPTER 7 TRUSTEE**    **KARINA PIA LUCID, ESQUIRE**
*Attorney for* SABOOR AHMAD KHALIQ

By:/s/Andrea Dobin                                   By: _____
   ANDREA DOBIN, Ch 7 Trustee                KARINA PIA LUCID

Dated:  November 15, 2024                      Dated: 11/18/2024

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18837-MBK |
| Saboor Ahmad Khaliq | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 27, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saboor Ahmad Khaliq, 201 Summerhill Rd., Spotswood, NJ 08884-1261 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 29, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OFTHE BSSP TRUST 2007-EMX1, MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com |
| Karina Pia Lucid | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 27, 2024 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Saboor Ahmad Khaliq klucid@karinalucidlaw.com
15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6