UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SABOOR AHMAD KHALIQ

Case No.: 24-18837  
Chapter: 7  
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan, Chief Judge, on January 23, 2025 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a
Certification of No Objection.

Description and value of property:

100% interest real property located at 201 Summerhill Rd., Spotswood, NJ

Valued at: $360,000.00

Liens on property:

Bank of America $473,782.17

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee

Address: McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18837-MBK |
| Saboor Ahmad Khaliq | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 17, 2024 | Form ID: pdf905 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saboor Ahmad Khaliq, 201 Summerhill Rd., Spotswood, NJ 08884-1261 |
| 520384294 | + | Brady & Correale, L.L.P, PO Box 2136, Morristown, NJ 07962-2136 |
| 520384298 | + | Continental Trading & Hardware Inc., 400 Delancy St, Suite A, Newark, NJ 07105-3846 |
| 520384301 | + | EZ-Pass NY, PO Box 15183, Albany, NY 12212-5183 |
| 520384305 | + | Irvin L. Solondz, 60 Park Place, Suite 2103, Newark, NJ 07102-5505 |
| 520384308 | + | Rahman Khaliq, 201 Summerhill Rd., Spotswood, NJ 08884-1261 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 17 2024 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 17 2024 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Dec 17 2024 20:40:17 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 520440529 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 20:45:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520385868 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 17 2024 20:49:06 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520384291 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 17 2024 20:49:49 | Ally Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520384292 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 17 2024 20:44:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520384293 | + | Email/PDF: bncnotices@becket-lee.com | Dec 17 2024 21:00:11 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520384296 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 20:49:48 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520384295 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 17 2024 21:01:45 | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520384297 | + | Email/Text: bankruptcy@cavps.com | Dec 17 2024 20:46:00 | Cavalry Portfolio Services c/0 HSBC Bank Neva, 7 Skyline Dr., Hawthorne, NY 10532-2156 |
| 520384300 | | Email/Text: mrdiscen@discover.com | Dec 17 2024 20:44:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520384299 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 17 2024 20:45:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520384303 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 17 2024 20:45:00 | Gm Financial, 4001 Embarcadaro, Arlington, TX 76014-4106 |
| 520384304 | + | Email/Text: bankruptcy@huntington.com | Dec 17 2024 20:46:00 | Hntingtn Ntl, 7450 Huntington Pa, Columbus, OH 43235-5617 |
| 520384306 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 17 2024 20:44:00 | Kohls/Capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520384309 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Dec 17 2024 20:44:00 | State of New Jersey, Division of Taxation Ban, PO Box 245, Trenton, NJ 08695-0245 |
| 520384310 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 21:16:02 | Syncb/Hft, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520384311 | | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 20:49:09 | Syncb/Lowes, Po Box 103065, Roswell, GA 30076 |
| 520384312 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 17 2024 21:00:14 | Syncb/Netwrk, Pob 276, Dayton, OH 45401-0276 |
| 520384313 | + | Email/Text: bankruptcy@td.com | Dec 17 2024 20:46:00 | Td Bank Na, Po Box 1448, Greenville, SC 29602-1448 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520384302 | | Faizan Saboor |
| 520384307 | | Marcia Griffin-Cohan |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 19, 2024          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com |
| Charles G. Wohlrab | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 17, 2024 | Form ID: pdf905 | Total Noticed: 27 |

    solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

    on behalf of Creditor Bank of America  N.A. as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OFTHE BSSP TRUST 2007-EMX1, MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Karina Pia Lucid

    on behalf of Debtor Saboor Ahmad Khaliq klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6