Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−18837−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Saboor Ahmad Khaliq
   201 Summerhill Rd.
   Spotswood, NJ 08884

Social Security No.:
   xxx−xx−3283

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

201 Summerhill Rd., Spotswood, NJ.


Dated: January 17, 2025
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk