**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Saboor Ahmad Khaliq**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3283<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 24–18837–MBK | |

## Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Saboor Ahmad Khaliq

<u>2/19/25</u>                                                                    **By the court:**   <u>Michael B. Kaplan</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18837-MBK |
| Saboor Ahmad Khaliq | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 19, 2025 | Form ID: 318 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Saboor Ahmad Khaliq, 201 Summerhill Rd., Spotswood, NJ 08884-1261 |
| 520385868 | + | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520384294 | + | Brady & Correale, L.L.P, PO Box 2136, Morristown, NJ 07962-2136 |
| 520384295 | | Capital One, Po Box 85064, Glen Allen, VA 23058 |
| 520384296 | + | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520384298 | + | Continental Trading & Hardware Inc., 400 Delancy St, Suite A, Newark, NJ 07105-3846 |
| 520384301 | + | EZ-Pass NY, PO Box 15183, Albany, NY 12212-5183 |
| 520384305 | + | Irvin L. Solondz, 60 Park Place, Suite 2103, Newark, NJ 07102-5505 |
| 520384308 | + | Rahman Khaliq, 201 Summerhill Rd., Spotswood, NJ 08884-1261 |
| 520384310 | + | Syncb/Hft, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520384311 | | Syncb/Lowes, Po Box 103065, Roswell, GA 30076 |
| 520384312 | + | Syncb/Netwrk, Pob 276, Dayton, OH 45401-0276 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2025 21:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2025 21:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 19 2025 21:05:22 | Fay Servicing, LLC as Servicer for U.S. Bank Trust, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 520440529 | | EDI: PHINAMERI.COM | Feb 20 2025 01:52:00 | AMERICREDIT FINANCIAL SERVICES, INC., DBA GM FINANCIAL, P O BOX 183853, ARLINGTON, TX 76096 |
| 520385868 | + | EDI: AISACG.COM | Feb 20 2025 01:52:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520384291 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2025 21:19:05 | Ally Card, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520384292 | + | EDI: GMACFS.COM | Feb 20 2025 01:52:00 | Ally Fincl, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 520384293 | + | Email/PDF: bncnotices@becket-lee.com | Feb 19 2025 21:18:57 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 520384296 | + | EDI: CAPITALONE.COM | Feb 20 2025 01:52:00 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520384295 | | EDI: CAPITALONE.COM | Feb 20 2025 01:52:00 | Capital One, Po Box 85064, Glen Allen, VA |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 23058 |
| 520384297 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2025 21:13:00 | Cavalry Portfolio Services c/0 HSBC Bank Neva, 7 Skyline Dr., Hawthorne, NY 10532-2156 |
| 520384300 | | EDI: DISCOVER | Feb 20 2025 01:52:00 | Discover Bank, Po Box 15316, Wilmington, DE 19850 |
| 520384299 | | EDI: IRS.COM | Feb 20 2025 01:52:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520384303 | + | EDI: PHINAMERI.COM | Feb 20 2025 01:52:00 | Gm Financial, 4001 Embarcadaro, Arlington, TX 76014-4106 |
| 520384304 | + | Email/Text: bankruptcy@huntington.com | Feb 19 2025 21:12:00 | Hntingtn Ntl, 7450 Huntington Pa, Columbus, OH 43235-5617 |
| 520384306 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 19 2025 21:10:00 | Kohls/Capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520384309 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 19 2025 21:11:00 | State of New Jersey, Division of Taxation Ban, PO Box 245, Trenton, NJ 08695-0245 |
| 520384310 | + | EDI: SYNC | Feb 20 2025 01:52:00 | Syncb/Hft, Po Box 71746, Philadelphia, PA 19176-1746 |
| 520384311 | | EDI: SYNC | Feb 20 2025 01:52:00 | Syncb/Lowes, Po Box 103065, Roswell, GA 30076 |
| 520384312 | + | EDI: SYNC | Feb 20 2025 01:52:00 | Syncb/Netwrk, Pob 276, Dayton, OH 45401-0276 |
| 520384313 | + | EDI: TDBANKNORTH.COM | Feb 20 2025 01:52:00 | Td Bank Na, Po Box 1448, Greenville, SC 29602-1448 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520384302 | | Faizan Saboor |
| 520384307 | | Marcia Griffin-Cohan |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrea Dobin | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 19, 2025 | Form ID: 318 | Total Noticed: 27 |

ecftrusteead@msbnj.com NJ55@ecfcbis.com;trusteedobin@remote7solutions.com

Charles G. Wohlrab

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com

Denise E. Carlon

on behalf of Creditor Fay Servicing LLC as Servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

on behalf of Creditor Bank of America N.A. as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OFTHE BSSP TRUST 2007-EMX1, MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 dmcdonough@flwlaw.com, NJbkyecf@flwlaw.com

Karina Pia Lucid

on behalf of Debtor Saboor Ahmad Khaliq 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6